**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
David R. Norton, SBN 291448
Alison J. Southard, SBN 335716
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
EMAIL: dnorton@porterscott.com
asouthard@porterscott.com

**OFFICE OF COUNSEL COUNTY OF BUTTE**
Bruce S. Alpert, SBN 075684
Brad J. Stephens, SBN 212246
25 County Center Drive
Oroville, CA 95965
TEL: (530) 538-7621
FAX: (530) 538-6891
EMAIL: balpert@buttecounty.net
bstephens@buttecounty.net

Attorneys for Defendant,
COUNTY OF BUTTE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMAL ALI SAADOON, | Case No.: 2:20-cv-00627-AC |
| Plaintiff, | **JOINT STIPULATION TO MODIFY DISCOVERY AND SCHEDULING ORDER AND [PROPOSED] ORDER** |
| v. | |
| COUNTY OF BUTTE, SHERIFF'S DEPARTMENT, | |
| Defendant. | Complaint Filed: 03/23/20 |

This Stipulation is entered into by and between Plaintiff KAMAL ALI SAADOON ("Plaintiff") and Defendant COUNTY OF BUTTE ("Defendant") (collectively, "The Parties"). The Parties enter into this stipulation and proposed order in compliance with the Federal Rule of Civil Procedure 16(b) and the

{02634056.DOCX}                                              1
**JOINT STIPULATION TO MODIFY DISCOVERY AND SCHEDULING ORDER AND [PROPOSED] ORDER**

requirements of the scheduling order. The parties request to continue the deadlines imposed by the October 13, 2021 Discovery and Scheduling Order by 90-days.

WHEREAS, Plaintiff filed his Complaint on or about March 23, 2020;

WHEREAS, the Court directed service of the Complaint on or about July 21, 2021;

WHEREAS, this case does not currently have a trial date;

WHEREAS, the current deadline for discovery and motions to compel is April 21, 2022 and the current deadline to file pretrial motions is July 15, 2022, pursuant to the Court's October 13, 2021 Minute Order modifying the Discovery and Scheduling Order;

WHEREAS, the parties have diligently conducted discovery, including the exchange of written discovery;

WHEREAS, while the County's written discovery to Plaintiff was pending, Plaintiff contracted COVID-19 and was quarantined, which temporarily rendered the resources he needed to respond to the discovery unavailable to him;

WHEREAS, on or about March 2, 2022, Plaintiff requested the County grant him a 30-day extension to respond to the County's written discovery due to his contraction of COVID-19 and quarantine;

WHEREAS, the County granted Plaintiff's requested extension, making Plaintiff's responses to the County's written discovery due on April 20, 2022;

WHEREAS, the parties are in ongoing settlement negotiations and both sides continue to negotiate in good faith;

WHEREAS, the parties would like to avoid expending resources to depose Plaintiff while good faith settlement negotiations are pending;

WHEREAS, the Parties have conferred and propose the following scheduling amendments:

Last day to conduct discovery and file motions to compel:   July 20, 2022

Last day to file pretrial motions:                           October 13, 2022

Extraordinary circumstances exist for a 90-day continuance of the above deadlines to allow the parties sufficient time to conduct discovery, engage in settlement negotiations, and/or assess the viability of cross-motions for summary judgment. Thus, the parties are requesting a 90-day continuance of the above stated deadlines.

DATED: 03/15/22

PORTER | SCOTT
A PROFESSIONAL CORPORATION

By  /S/ Alison J. Southard
David R. Norton
Alison J. Southard
Attorneys for Defendant
COUNTY OF BUTTE

DATED: 03/10/22

*Kamal Saadoon*
Kamal Ali Saadoon
Pro Per Plaintiff

## ORDER

Based upon the Stipulation of the parties, the current scheduling order is modified as set forth above.

**IT IS SO ORDERED.**

DATED: March 16, 2022

*Allison Claire*
United States Magistrate Judge Allison Claire